**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

Form 1
Rev. 03/16

# United States District Court

## for the

Eastern _____  **District of** Pennsylvania _____

EDWARD THOMAS KENNEDY _____ ,   Plaintiff,

v.                     Case No. 5:18-cv-00977 _____

HANNA, et.al. _____ ,   Defendant.

# NOTICE OF APPEAL

Notice is hereby given that   Edward Thomas Kennedy _____
(name all parties * taking the appeal) in the above named case hereby appeal to the United States
Court of Appeals for the Federal Circuit   ORDER ... MOTION FOR PARTIAL SUMMARY JUDGMENT IS DENIED
(from the final judgment) ((from an order) (describe the order)) entered in this action on   July 26,2018 _____

// Edward Thomas Kennedy _____
(Signature of appellant or attorney)

401 Tillage Rd.

Breinigsville, PA 18031

kennedy2018@alumni.nd.edu

(Address of appellant or attorney and e-mail address)

Reset Fields

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  _July 27  2018_
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☑ Electronic Means (by E-mail or CM/ECF)

_Edward Thomas Kennedy  Et Th K_        (SEAL)

Name of ~~Counsel~~        Signature of ~~Counsel~~
_Plaintiff_        _Plaintiff_

Law Firm        _Not Applicable_
Address        _401  Tillage Rd._
City, State, Zip        _Breinigsville  PA  18031_
Telephone Number        _415  275  1244_
Fax Number        _570  603  1810_
E-Mail Address        _Kennedy 2018  e  Alumni @_
        _ND.edu._

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and
password a document is submitted must be preceded by an "/s/" and typed in the space where the
signature would otherwise appear. Graphic and other electronic signatures are discouraged.

[ Reset Fields ]

APPEAL,A/R,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:18-cv-00977-CDJ
# Internal Use Only

KENNEDY v. HANNA et al
Assigned to: HONORABLE C. DARNELL
JONES, II
Cause: 42:1983 Civil Rights Act

Date Filed: 03/05/2018
Jury Demand: None
Nature of Suit: 440 Civil Rights:
Other
Jurisdiction: Federal Question

**Plaintiff**

**EDWARD THOMAS
KENNEDY**

represented by **EDWARD THOMAS
KENNEDY**
401 TILLAGE ROAD
BREINIGSVILLE, PA 18031
415-275-1244
Email: kennedy12@pm.me
PRO SE

V.

**Defendant**

**JOSEPH N. HANNA**
*IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES
LEHIGH COUNTY SHERIFF*

represented by **DAVID M. BACKENSTOE**
514 MAIN STREET
HELLERTOWN, PA 18055
610-838-2255
Email: dmbesq@ptd.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOE 1**
*IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES
LEHIGH COUNTY DEPUTY
SHERIFF*

represented by **DAVID M. BACKENSTOE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOE 2**
*IN HIS OFFICIAL AND*
*INDIVIDUAL CAPACITIES*
*LEHIGH COUNTY DEPUTY*
*SHERIFF*

represented by **DAVID M. BACKENSTOE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**COUNTY OF LEHIGH**

represented by **DAVID M. BACKENSTOE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PHILLIPS ARMSTRONG**
*IN HIS OFFICIAL AND*
*INDIVIDUAL CAPACITIES*
*COUNTY OF LEHIGH*
*EXECUTIVE*

represented by **DAVID M. BACKENSTOE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EDGARDO COLON**
*IN HIS OFFICIAL AND*
*INDIVIDUAL CAPACITIES*
*POLICE CHIEF UPPER*
*MACUNGIE TOWNSHIP*
*POLICE DEPARTMENT*

represented by **DAVID J. MACMAIN**
THE MACMAIN LAW GROUP
LLC
101 LINDENWOOD DR SUITE
160
MALVERN, PA 19355
484-318-7704
Fax: 484-328-3996
Email:
dmacmain@macmainlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIFFANY MARTIN**
THE MACMAIN LAW GROUP,
LLC
101 LINDENWOOD DRIVE,
S/160
MALVERN, PA 19355
484-328-7106
Email: tmartin@macmainlaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**UPPER MACUNGIE**                    represented by    **DAVID J. MACMAIN**
**TOWNSHIP**                                            (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **TIFFANY MARTIN**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT IBACH**                     represented by    **DAVID J. MACMAIN**
*IN HIS OFFICIAL AND*                                  (See above for address)
*INDIVIDUAL CAPACITIES*                                *LEAD ATTORNEY*
*TOWNSHIP*                                             *ATTORNEY TO BE NOTICED*
*MANAGER/OPERATIONS*
*DIRECTOR*                                             **TIFFANY MARTIN**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**STEPHEN J. MARSHALL**              represented by    **DAVID J. MACMAIN**
*IN HIS OFFICIAL AND*                                  (See above for address)
*INDIVIDUAL CAPACITIES*                                *LEAD ATTORNEY*
*SERGEANT UPPER MACUNGIE*                              *ATTORNEY TO BE NOTICED*
*TOWNSHIP POLICE*
*DEPARTMENT*                                           **TIFFANY MARTIN**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2018 | 1 | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS FILED BY EDWARD THOMAS KENNEDY. AFFIDAVIT IN SUPPORT OF THE APPLICATION. (Attachments: # 1 Civil Cover Sheet, # 2 Complaint)(mas, ) (Entered: 03/06/2018) |
| 03/06/2018 | 🔒 | (Court only) *** Flag Special Case Managment Track (mas, ) (Entered: 03/06/2018) |
| | | |

| 03/06/2018 | 🔒 | (Court only) *** Set Flag Allentown/Reading (mas, ) (Entered: 03/06/2018) |
|---|---|---|
| 03/23/2018 | 2 | ORDER THAT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS IS GRANTED. THE CLERK OF COURT SHALL FILE THE COMPLAINT AND ISSUE SUMMONS. THE U.S. MARSHALL SHALL SERVE THE SUMMONS AND COMPLAINT UPON THE DEFENDANTS; ETC.. SIGNED BY HONORABLE C. DARNELL JONES, II ON 3/22/18. 3/23/18 ENTERED AND COPIES MAILED TO PRO SE, ALONG WITH 285 FORMS (jl, ) (Entered: 03/23/2018) |
| 03/23/2018 | 3 | IFP COMPLAINT against PHILLIPS ARMSTRONG, EDGARDO COLON, COUNTY OF LEHIGH, JOSEPH N. HANNA, ROBERT IBACH, JOHN DOE 1, JOHN DOE 2, STEPHEN J. MARSHALL, UPPER MACUNGIE TOWNSHIP, filed by EDWARD THOMAS KENNEDY. (IFP GRANTED)(jl, ) (Entered: 03/23/2018) |
| 03/23/2018 | | 7 IFP Summons Issued as to PHILLIPS ARMSTRONG, EDGARDO COLON, COUNTY OF LEHIGH, JOSEPH N. HANNA, ROBERT IBACH, STEPHEN J. MARSHALL, UPPER MACUNGIE TOWNSHIP. Forwarded To: U.S. MARSHAL on 3/23/18 (jl, ) (Entered: 03/23/2018) |
| 04/18/2018 | 4 | NOTICE AND REQUEST TO THE COURT by EDWARD THOMAS KENNEDY FOR PERMISSION FOR ECF ACCESS ON THIS CASE. (er, ) (Entered: 04/19/2018) |
| 05/08/2018 | 5 | ORDERED THAT PLAINTIFF'S REQUEST TO THE COURT IS GRANTED. THE CLERK OF COURT IS HEREBY DIRECTED TO GRANT PLAINTIFF ACCESS TO ECF UNTIL FINAL DISPOSITION OF THE ABOVE-CAPTIONED CASE. SIGNED BY HONORABLE C. DARNELL JONES, II ON 5/8/18. 5/9/18 ENTERED AND COPIES MAILED TO PLAINTIFF WITH ECF FORMS AND UNREPS.(jaa, ) (Entered: 05/09/2018) |
| 05/21/2018 | 6 | NOTICE by EDWARD THOMAS KENNEDY, CERTIFICATE OF SERVICE.(jl, ) (Entered: 05/21/2018) |
| 05/21/2018 | 7 | NOTICE by EDWARD THOMAS KENNEDY, CERTIFICATE OF SERVICE, EXHIBITS. (er, ) (Entered: |

| | | |
|---|---|---|
| | | 05/22/2018) |
| 06/01/2018 | 8 | SUMMONS Returned Executed by EDWARD THOMAS KENNEDY re: U.S. MARSHAL served Summons and Complaint upon EDGARDO COLON, ROBERT IBACH, STEPHEN J. MARSHALL, UPPER MACUNGIE TOWNSHIP by PERSONAL SERVICE. EDGARDO COLON served on 5/18/2018, answer due 6/8/2018; ROBERT IBACH served on 5/18/2018, answer due 6/8/2018; STEPHEN J. MARSHALL served on 5/18/2018, answer due 6/8/2018; UPPER MACUNGIE TOWNSHIP served on 5/18/2018, answer due 6/8/2018. (jl, ) (Entered: 06/01/2018) |
| 06/07/2018 | 9 | NOTICE of Appearance by DAVID J. MACMAIN on behalf of EDGARDO COLON, ROBERT IBACH, STEPHEN J. MARSHALL, UPPER MACUNGIE TOWNSHIP with Certificate of Service(MACMAIN, DAVID) (Entered: 06/07/2018) |
| 06/07/2018 | 10 | NOTICE of Appearance by TIFFANY MARTIN on behalf of EDGARDO COLON, ROBERT IBACH, STEPHEN J. MARSHALL, UPPER MACUNGIE TOWNSHIP with Certificate of Service(MARTIN, TIFFANY) (Entered: 06/07/2018) |
| 06/12/2018 | 11 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EDGARDO COLON, ROBERT IBACH, STEPHEN J. MARSHALL, UPPER MACUNGIE TOWNSHIP.Motion to Dismiss.(MACMAIN, DAVID) (Entered: 06/12/2018) |
| 06/13/2018 | 12 | SUMMONS Returned Unexecuted by EDWARD THOMAS KENNEDY as to PHILLIPS ARMSTRONG and COUNTY OF LEHIGH. (jl, ) Modified on 6/19/2018 (fb). (Entered: 06/13/2018) |
| 06/13/2018 | 13 | NOTICE by EDWARD THOMAS KENNEDY *Notice and Objections Request for Summary Judgement* (Attachments: # 1 law of the case)(KENNEDY, EDWARD) (Entered: 06/13/2018) |
| 06/13/2018 | 14 | RESPONSE in Opposition re 11 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EDWARD THOMAS KENNEDY. (Attachments: # 1 Exhibit 1) |

| | | (KENNEDY, EDWARD) (Entered: 06/13/2018) |
|---|---|---|
| 06/13/2018 | 15 | NOTICE by EDWARD THOMAS KENNEDY *Notice and Objections 2* (KENNEDY, EDWARD) (Entered: 06/13/2018) |
| 06/16/2018 | 16 | First MOTION for Summary Judgment *Full Summary Judgement* filed by EDWARD THOMAS KENNEDY.memorandum.(KENNEDY, EDWARD) (Entered: 06/16/2018) |
| 06/16/2018 | 17 | *Exhibit 2 and Proposed Order* filed by EDWARD THOMAS KENNEDY, Exhibit 2. (Attachments: # 1 Appendix Order) (KENNEDY, EDWARD) Modified on 6/18/2018 (fb). (Entered: 06/16/2018) |
| 07/02/2018 | 18 | NOTICE by EDWARD THOMAS KENNEDY of Objection 2, Certificate of Service. (KENNEDY, EDWARD) Modified on 7/6/2018 (md). (Entered: 07/02/2018) |
| 07/02/2018 | 19 | NOTICE by EDWARD THOMAS KENNEDY of Objection, Certificate of Service. (KENNEDY, EDWARD) Modified on 7/6/2018 (md). (Entered: 07/02/2018) |
| 07/02/2018 | 20 | RESPONSE in Opposition re 16 First MOTION for Summary Judgment *Full Summary Judgement* filed by EDGARDO COLON, ROBERT IBACH, STEPHEN J. MARSHALL, UPPER MACUNGIE TOWNSHIP. (MACMAIN, DAVID) (Entered: 07/02/2018) |
| 07/04/2018 | 21 | NOTICE by EDWARD THOMAS KENNEDY *Take Judicial Cognizance* (Attachments: # 1 Exhibit Exhibit 1 Law of the Case)(KENNEDY, EDWARD) (Entered: 07/04/2018) |
| 07/06/2018 | 22 | ORDER THAT PLAINTIFF'S 16 MOTION FOR SUMMARY JUDGMENT IS DENIED AS IMPROPERLY FILED. (SIGNED BY HONORABLE C. DARNELL JONES, II) ON 07/05/2018;07/06/2018 ENTERED AND COPIES E-MAILED.(nd) (Entered: 07/06/2018) |
| 07/10/2018 | 23 | NOTICE by EDWARD THOMAS KENNEDY *OBJECTION TO ORDER* (KENNEDY, EDWARD) (Entered: 07/10/2018) |
| 07/10/2018 | 24 | MOTION for Partial Summary Judgment filed by EDWARD THOMAS KENNEDY.Certificate of Service, Memorandum. (Attachments: # 1 Memorandum MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY |

| | | JUDGMENT)(KENNEDY, EDWARD) (Entered: 07/10/2018) |
|---|---|---|
| 07/10/2018 | 25 | MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS filed by EDWARD THOMAS KENNEDY.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum , # 2 Exhibit Exhibit 1 LAW OF THE CASE)(KENNEDY, EDWARD) Modified on 7/11/2018 (fb). (Entered: 07/10/2018) |
| 07/11/2018 | 26 | ORDER THAT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS DENIED; ETC.. SIGNED BY HONORABLE C. DARNELL JONES, II ON 7/11/18.7/12/18 ENTERED AND E-MAILED, MAILED TO UNREP.(jl, ) (Entered: 07/12/2018) |
| 07/12/2018 | 27 | NOTICE by EDWARD THOMAS KENNEDY *OBJECTION TO ORDER TAKE JUDICIAL COGNIZANCE* (KENNEDY, EDWARD) (Entered: 07/12/2018) |
| 07/12/2018 | 28 | NOTICE by EDWARD THOMAS KENNEDY *OBJECTION TO THE UNIVERSAL CHARTER OF THE JUDGE* (Attachments: # 1 Exhibit THE UNIVERSAL CHARTER OF THE JUDGE)(KENNEDY, EDWARD) (Entered: 07/12/2018) |
| 07/19/2018 | 29 | SUMMONS Returned Executed by EDWARD THOMAS KENNEDY re: U.S. MARSHAL served Summons and Complaint upon JOSEPH N. HANNA by PERSONAL SERVICE. JOSEPH N. HANNA served on 6/27/2018, answer due 7/18/2018. (jl, ) (Entered: 07/19/2018) |
| 07/19/2018 | 30 | Appearance by PHILLIPS ARMSTRONG. (BACKENSTOE, DAVID) (Entered: 07/19/2018) |
| 07/19/2018 | 31 | NOTICE of Appearance by DAVID M. BACKENSTOE on behalf of COUNTY OF LEHIGH, COUNTY OF LEHIGH, JOSEPH N. HANNA, JOSEPH N. HANNA (BACKENSTOE, DAVID) (Entered: 07/19/2018) |
| 07/19/2018 | 32 | NOTICE of Appearance by DAVID M. BACKENSTOE on behalf of JOHN DOE 1, JOHN DOE 2 (BACKENSTOE, DAVID) (Entered: 07/19/2018) |
| 07/19/2018 | 33 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by PHILLIPS ARMSTRONG, COUNTY OF LEHIGH, COUNTY OF LEHIGH, JOSEPH N. HANNA, |

| | | |
|---|---|---|
| | | JOSEPH N. HANNA, JOHN DOE 1, JOHN DOE 2.Brief, Proposed Order, Certificate of Service.(BACKENSTOE, DAVID) Modified on 7/19/2018 (ky, ). (Entered: 07/19/2018) |
| 07/20/2018 | 34 | RESPONSE in Opposition re 33 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EDWARD THOMAS KENNEDY. (Attachments: # 1 Exhibit Law of the Case)(KENNEDY, EDWARD) (Entered: 07/20/2018) |
| 07/23/2018 | 35 | Response In Opposition re 11 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *PLAINTIFF'S SECOND MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Certificate of Service* by EDWARD THOMAS KENNEDY. (Attachments: # 1 Exhibit Exhibit 1 Law of the Case) (KENNEDY, EDWARD) (Entered: 07/23/2018) |
| 07/23/2018 | 36 | Second MOTION for Partial Summary Judgment filed by EDWARD THOMAS KENNEDY.Memorandum, Certificate of Service, Order, Exhibit 1 and 2.. (Attachments: # 1 Memorandum MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Text of Proposed Order Order)(KENNEDY, EDWARD) (Entered: 07/23/2018) |
| 07/26/2018 | 37 | ORDER THAT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS DENIED; ETC.. SIGNED BY HONORABLE C. DARNELL JONES, II ON 7/25/18.7/26/18 ENTERED AND COPIES MAILED TO PRO SE, E-MAILED.(jl, ) (Entered: 07/26/2018) |
| 07/26/2018 | 38 | *OBJECTION to Order* by EDWARD THOMAS KENNEDY re 37 Order on Motion for Partial Summary Judgment (Attachments: # 1 Exhibit Exhibit 1 Law of the Case) (KENNEDY, EDWARD) Modified on 7/27/2018 (fb). (Entered: 07/26/2018) |
| 07/27/2018 | 39 | *Notice of Appeal to Federal Circuit* by EDWARD THOMAS KENNEDY re 37 Order on Motion for Partial Summary Judgment (Attachments: # 1 Certificate of Service) (KENNEDY, EDWARD) Modified on 7/27/2018 (fb). (Entered: 07/27/2018) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,

                                          Civil Action

        Plaintiff,

                                          NO. 18-977 (CDJ)

        v.

JOSEPH N. HANNA, et. al.,

        Defendants.

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

1.      Plaintiff moves for an order granting a Partial Summary Judgement

against Defendant Joseph N. Hanna.

2       Partial Summary Judgment is proper in this case because a. there is no genuine

issue of material facts concerning injury and damages to Kennedy, b. Kennedy is one of the

people of Pennsylvania, c. this is a court of record, and d. the Law of the Case e. Judges

administrate and interpret, do Not Make Law f. the official public record (Exhibit 2, 2 pages)

shows there is no Elected Official Commission and Bond for Defendant Joseph N.Hanna in his

official capacity and g. Joe Hanna is a nickname under US law at CFR 37.3. [1]

3.      This Motion for Motion for Partial Summary Judgement is based on the previous

---

[1] Full legal name means an individual's first name, middle name(s), and last name or
surname, without use of initials or nicknames.

Notice and Demand to all defendants, pleadings and papers on file in this case, the partial

summary-judgement evidence, previously filed in Exhibit 1 titled Law of the Case and in Exhibit

2, and in the included attachment of Memorandum in Support of Motion for Partial Summary

Judgement.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record

sign the order for Plaintiff's Partial Motion for Summary and compensate Plaintiff Kennedy for

injury and damages of fifty percent of twenty five million dollars ($25,000.000.00) against said

defendant Joseph N. Hanna and his employer County of Lehigh proportioned equally without

delay.

Date: July 23, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy*        **seal**

_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 23rd day of July,

2018, Motion for Partial Summary Judgement, Certificate of Service, Memorandum in

Support of Motion for Partial Summary Judgement, Exhibit 1 and Exhibit 2 was filed electronically

with the Clerk of this Court and the following parties were served via the ECF and email as

follows:

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
Email: dmacmain@macmainlaw.com
By ECF and email

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101
Email: dmbesq@ptd.com
By ECF and email

Date: July 23, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy*        **seal**

_____

EDWARD THOMAS KENNEDY

Motion for Partial Summary Judgement

-3-

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,
      Plaintiff,

                             Case No. 5: 18-cv-977 (CDJ)

      -v-

JOSEPH N. HANNA, et. al.,
      Defendants.

## MEMORANDUM IN SUPPORT OF
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff wishes the court of record to render a partial summary judgment against

defendants Hanna and his employer County of Lehigh as authorized by Federal Rule of Civil

Procedure 56 and the Law of this Case as detailed in Exhibit 1 previously filed, and now Exhibit

2, 2 pages.

A. Introduction

1.     Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, in this

court of record, wishes a Partial Summary Judgment against Defendant County of Lehigh and

Hanna in his official capacity.

2.     Said Defendants are represented by Modern Attorney Backenstoe, an employee or

agent for the County of Lehigh.

B. Statement of Facts

3.     Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, in this

court of record, wishes a Partial Summary Judgment against said Defendants.

MEMORANDUM IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

4.      Exhibit 2 is prima facie evidence that Defendant Hanna lacks a Bond of Office and

a lawful Commission, and is therefore void in office, and other probable offenses against the

Plaintiff.

5.      By the law of the case, Plaintiff wishes damages as expressed in US dollars for

$25,000,000.00 at 50 percent or $12,500,000.00 for a partial summary judgement.

C. Argument

6.      Partial Summary Judgment is proper in a case where there is no genuine issue of

material fact. [1]

7.      No Bond of office and No Commission means Defendant Hanna is void in office.

8.      Hanna had no Commission and no Bond of Office when he both injured and

damaged Plaintiff Kennedy.

9.      By law, Kennedy is entitled to damages.

10.      A plaintiff moving for partial summary judgment satisfies its burden by

submitting partial summary judgment proof that establishes elements of his claim as a

matter of law. [2]

11.      Plaintiff shows that no reasonable trier of fact in a court of record could find

other than for plaintiff Kennedy. [3]

13.      Because there are no genuine issues of material fact on any element of

---

[1] Fed. R. Civ. P. 56(c); Scott v. Harris, U.S, 127 S. Ct. 1769,1776 (2007);
Celotex Corp. v. Catrett, 411 U.S. 317, 322,106 S. Ct. 2548, 2552 (1986).
[2] San Pedro v. United States, 79 F.3d 1065,1068 (11th Cir. 1996).
[3] Calderone v. United States, 799 F.2d 254,259 (6th Cir. 1986).

plaintiff's notice and demand, and now with evidence presented in Exhibit 2 certified from

County of Lehigh's own official records, plaintiff is entitled to partial summary judgment as a

matter of US law which is common law.  Plaintiff may wish punitive damages at a later date.

### D. Law of the Case

14.      Exhibit 1 Law of the Case previously filed in this case is incorporated

herein and the Federal Rules of Civil Procedure are the rules of the court of record in the above

entitled court. The rules shall be construed and administered to secure the just, speedy, and

inexpensive determination of this action, and Plaintiff wishes this to be so as stated herein.

### E. Partial Summary Judgment Evidence

15.      In support of his motion, plaintiff notices the court of prima facie evidence

in Exhibit 2, 2 pages,  which are incorporated by reference into the motion.

Date: July 23, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy*      seal

_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Phone: 4152751244 (message)

MEMORANDUM IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

Case 2:18-cv-00877-CRE Document 1-2 Filed 07/31/2018 Page 18 of 9
Case 2:18-cv-00877-CRE Document 1-2 Page 17 of 32 Filed 07/31/2018
Exhibit I LAW OF THE CASE

LAW OF THE CASE

1.     Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. (See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994)).

2.     In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).  An "attorney in equity" is one who practices before an equity court.

3.     Absolute Judicial immunity is a myth. A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

        a. when he is performing a non-judicial act, or

        b. when he acts in the complete absence of all jurisdiction.

4.     Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).  There is no legislative foundation for any Bar member to "practice" law.

5.     Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.     The California 1879 Constitution defines all California courts to be courts of record.

7.     Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution. Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968.See John J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90. )

8.     "Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights)

9.     Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record,"  but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.     Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record.  For the full explanation, see https://www.1215.org/lawnotes/lawnotes/courtrec.htm.

11.     In California, all courts are named as courts of record.  However, if in an individual case they are not operated as courts of record, then they don't qualify as such.  It takes more than a name to make a court of record.  Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.     A court of record is a court which must meet the following criteria:

1.  generally has a seal

Exhibit 1 LAW OF THE CASE

2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)

Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

13. Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

14. "Nisi prius" is a Latin term. Individually, the words mean thus: "Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,''order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless he party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15. "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16. It is a matter of right that one may demand to be tried in a court of record. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

17. For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

18. During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

19. The dictionary does not lie in its definition of a nisi prius court but it does omit some important information. Namely, that it is a court that has been set up by prior agreement assumed because when the three statutory options [guilty, not guilty, nolo contendere] were presented to the defendant he chose one. He thus failed to enforce his right to be prosecuted in a court of record.

20. Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority. Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21. Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.     The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law.On the other hand, a court of record, so long as it meets the criteria, is a true superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) out ranks the inferior court not of record."

23.     Government Manipulation of Language. The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favour. Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There are at least two "person" in law: A natural-person is a legal entity for the human-being.

An artificial-person is a legal entity that is not a human being. (Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attached - e.g. a body corporate.)

24.     The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) by laws.

25.     The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes, unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary. Basically, they are defined as follows:

a.     from the Canadian Law Dictionary one can
find that:
individual means a natural person,

b.     from the Income Tax Act find the re-definition:
individual means an artificial person.

c.     from the Canadian Law Dictionary find that:
person means an individual (natural person) or incorporated group (artificial person),

d.     from the Interpretation Act find the re-definition:
person means a corporation (an artificial- person),

e.     from the Income Tax Act find the re-definition again:
person means an artificial person (amongst other things).

26.     In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

27.     The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want

misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas in reality it restricts the definition in the same manner that "means" restricts the definition.

28.     Here is a means definition of the word "person" from the Bank Act:
person means a natural person, an entity or a personal representative;

29.     Here is an includes definition of the word "person" from the Interpretation Act:
person, or any word or expression descriptive of a person, includes a corporation
To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

30.     Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:
person means A or B or C (and nothing else).
person includes A and B and C (and nothing else).

31.     From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

32.     There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.
The definition of the word include is key to understanding the potential loss of the natural-person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

33.     The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:

also includes
and includes
includes, without limitation,
including
including but not limited to

34.     The expansive definitions usually take the following form:
person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.
So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35.     The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36. The foregoing analysis is one interpretation, but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37. With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:

province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut .

38. With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39. So in order to not become absurd, we must allow for "and includes" to be expansive, however more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40. Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41. From Black's Law Dictionary, fourth edition, here is the definition for the word "include":

include. To confine within, hold as in an inclosure, take in , attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words theretofore used.

inclose. To surround; to encompass; to bound; fence, or hem in, on all sides.

It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand the participle,including (but not limited to) enlarges the scope.

42. Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43. It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44. For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, finda that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45. The breakdown usually occurs when slavery is invoked.

46. Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

47. The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.

48. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. See 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E.

229, 231.

49.     A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial.  See Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y.

50.     CONFIRMATIO CARTARUM, October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law. The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta. ( See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.).

51.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4).

52.     No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

53.     The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

54.     ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

55.     The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

56.     Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

57.     There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.]

58.     Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

59.     The Commonwealth of Pennsylvania is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land.see Pennsylvania Constitution, all versions.

60.     This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

61.     Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 241]

62.     Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 242]

63.     COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

64.     COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

65.     COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188

Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

E. Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

66.     The following persons are magistrates: ...The judges of the superior courts.... [California Penal Code, Sec. 808.] ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law.... [Confirmatio Cartarum, November 5, 1297, *Sources of Our Liberties* Edited by Richard L. Perry, American Bar Foundation]
67.     Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court.  [Magna Carta, Article 34].
68.     If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

69.     The singular includes the plural and the plural the singular.

70.     The present tense includes the past and future tenses; and the future, the present.

71.     The masculine gender includes the feminine and neuter.

72.     We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

73.     We the people of this state do not yield their sovereignty to the agencies that serve them.

74.     Through the courts, Plaintiff encourages the government to obey the law.

75.     That Modern Attorneys representing Defendants shall declare or affirm under penalty of perjury in his court filings and documents..

Exhibit 2

(2 pages)

RECORDED
01/04/2016 8:55:39 AM
RECORDER OF DEEDS
LEHIGH COUNTY
PENNSYLVANIA
Inst Num:        2016000009

# Commonwealth of Pennsylvania

## Governor's Office

### Joe Hanna

of the County of

### Lehigh

in the Commonwealth of Pennsylvania

**Greetings:**

**Whereas,** It appears by the certificates and returns made according to law, that you have been duly elected Sheriff.

**Therefore, Know Ye,** That in conformity to the provisions of the Constitution and Laws of the said Commonwealth in such case made and provided, I do by these presents commission you to be

### Sheriff

of the County aforesaid. Hereby committing the said county with the appurtenances and peace within the same, to your care and defense, authorizing and commanding you to do and perform all the several acts and things in the said county that to the office of Sheriff, according to the laws of the said Commonwealth, do in anywise belong.

**To Have and To Hold** the said office, together with all the rights, powers and emoluments thereunto belonging or by law in anywise appertaining for the term of four years to computed from the first Monday of January, two thousand and sixteen and until your successor shall be duly qualified, if you shall so long behave yourself well.

**Given** under my hand and the Great Seal of the State, at the City of Harrisburg, this twenty-fourth of December in the year of our Lord, two thousand and fifteen and of the Commonwealth the two hundred and fortieth.



_Tom Wolf_

Governor

### *ANDREA E. NAUGLE*
### *LEHIGH COUNTY CLERK OF JUDICIAL RECORDS*



**Recorder of Deeds Division**
**Deborah A. Casciotti, Chief Deputy**
**Lehigh County Courthouse**
**455 W. Hamilton Street - Room 122**
**Allentown, PA  18101-1614**
**(610) 782-3162**

*RETURN DOCUMENT TO:
JOE HANNA

**Instrument Number - 2016000009**
Recorded On 1/4/2016 At 8:55:39 AM
* Instrument Type - ELECTED OFFICIAL COMMISSION AND BOND
Invoice Number - 259232          User ID: LJS          *Total Pages - 2
* Grantor -  PENNSYLVANIA COMMONWEALTH OF
* Grantee - HANNA, JOE
* Customer - JOE HANNA

* FEES

TOTAL PAID               $0.00

I hereby CERTIFY that this document is
Recorded in the Recorder of Deeds Office
of Lehigh County, Pennsylvania



Andrea E. Naugle
Clerk of Judicial Records
Recorder of Deeds Division

## THIS IS A CERTIFICATION PAGE
# **Do Not Detach**
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

**INSTRUMENT NUMBER -  2016000009**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

          Plaintiff,

v.

JOSEPH N. HANNA, et. al.,

          Defendants.

Civil Action

NO. 18-977 (CDJ)

ORDER

AND NOW, this _____day of _____, 2018, upon consideration of Plaintiff's

Motion for Partial Summary Judgement, Certificate of Service,  Memorandum in Support of

Motion for Partial Summary Judgement, Exhibit 1 and Exhibit 2, Plaintiff's MOTION FOR

PARTIAL SUMMARY JUDGEMENT is

Granted _____.

Not Granted _____.

                                     _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|     v. | : | NO. 18-977 |
| | : | |
| JOSEPH N. HANNA et al., | : | |
|     Defendants. | : | |

<u>**ORDER**</u>

**AND NOW**, this 11th day of July, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 24), and any responses and replies thereto, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 24) is **DENIED** for the reasons set forth in this Court's Order dated July 5, 2018 (ECF No. 22).

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 18-977** |
| | : | |
| **JOSEPH N. HANNA et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 25th day of July, 2018 upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 36), and any responses and replies thereto, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 36) is **DENIED** for the reasons set forth in this Court's Orders dated July 5, 2018 (ECF No. 22) and July 11, 2018 (ECF No. 26).

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY,** | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
|     **v.** | : | **NO. 18-977** |
| | : | |
| **JOSEPH N. HANNA et al.,** | : | |
|     **Defendants.** | : | |

## ORDER

    **AND NOW**, this 5th day of July, 2018, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 16), and Defendants' Response in Opposition thereto (ECF No. 20), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 16) is **DENIED** as improperly filed.[1]

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.

---

[1] Plaintiff's Motion is both premature – as Defendants' Motion to Dismiss the Complaint (ECF No. 11) remains outstanding – and noncompliant with the rules governing motion filings in this Court. A full recitation of this Court's policies and procedures can be accessed at http://www.paed.uscourts.gov/documents/procedures/jonpol.pdf.