FORM 9. Certificate of Interest | Form 9 Rev. 10/17

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

EDWARD THOMAS KENNEDY v. JOSEPH N. HANNA, et al.

Case No. 18-2203

**CERTIFICATE OF INTEREST**

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ■ (appellee) ☐ (amicus) ■ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| PHILLIPS ARMSTRONG | | |
| COUNTY OF LEHIGH | | |
| JOSEPH N. HANNA | | |
| JOHN DOE 1 | | |
| JOHN DOE 2 | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

| FORM 9. Certificate of Interest | Form 9 |
| --- | --- |
| | Rev. 10/17 |

5.  The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b).  (The parties should attach continuation pages as necessary).

United States District Court, Eastern District of Pennsylvania (Allentown)
Kennedy vs. Hanna, et al.
No. 5:18-cv-00977-CDJ

8/30/2018
Date

*David M. Backenstoe*
Signature of counsel

David M. Backenstoe
Printed name of counsel

Please Note: All questions must be answered

cc: _____

Reset Fields