FORM 8. Entry of Appearance                                                                              Form 8
                                                                                                        Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EDWARD THOMAS KENNEDY   v.   JOSEPH N. HANNA, et al.

No. 18-2203

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: PHILLIPS ARMSTRONG, COUNTY OF LEHIGH, JOSEPH N. HANNA, JOHN DOE 1 AND JOHN DOE 2

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | David M. Backenstoe, Esquire |
| Law Firm: | Lehigh County Department of Law |
| Address: | 17 South Seventh Street |
| City, State and Zip: | Allentown, PA 18101 |
| Telephone: | 610-838-2255 |
| Fax #: | 610-838-2244 |
| E-mail address: | dmbesq@ptd.net |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    Exempt - Fed Cir R 46(d)

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☐ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  August 30, 2018        Signature of pro se or counsel  *David M. Backenstoe*

cc: _____

Reset Fields