

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**PETER R. MARKSTEINER**
**CLERK OF COURT**

**CLERK'S OFFICE**
**202-275-8000**

September 10, 2018

18-2203 - Kennedy v. Hanna

## NOTICE OF NON-COMPLIANCE

Your submitted document (Certificate of Interest) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The form is incomplete. All items must provide an answer or include "none" or "N/A" where appropriate. Fed. Cir. R. 47.4(a)(1)-(5) (Form 9).

- The filing is not accompanied by an adequete proof of service and/or the proof of service indicates improper service. Fed. R. App. P. 25(d) (general); Fed. Cir. R. 25(e) (general).

- The Certificate of Interest and Entry of Appearance must be filed separately, using the appropriate events (found under the 'forms and certificates' filing category).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner

Clerk of Court
By: S. Jeffries, Deputy Clerk