FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 30, 2018 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| David M. Backenstoe | David M. Backenstoe  *David M. Backenstoe* |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Lehigh County Department of Law |
| Address | 17 South Seventh Street |
| City, State, Zip | Allentown, PA 18101 |
| Telephone Number | 610-838-2255 |
| Fax Number | 610-838-2244 |
| E-Mail Address | dmbesq@ptd.net |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields