

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**PETER R. MARKSTEINER**
**CLERK OF COURT**

**CLERK'S OFFICE**
**202-275-8000**

October 10, 2018

18-2203 - Kennedy v. Hanna

# NOTICE OF NON-COMPLIANCE

Your submitted document (Entry of Appearance - D. MacMain) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The Entry of Appearance is not completely text-searchable. Fed. Cir. R. 25(c)(1)(K); Fed. Cir. R. 25(d). When refiling a corrected version of this document, please make the document text-searchable in its entirety. Refer to "Portable Document Format (PDF)" in the court's Electronic Filing Procedures ("CM/ECF User's Guide") adopted pursuant to Fed. Cir. R. 25 ([Link]).

- The Entry of Appearance does not contain a proof of service. Fed. R. App. P. 25; Fed. Cir. R. 25

- The abbreviated caption on the Entry of Appearance is incorrect and does not match the case caption designated for this appeal. Fed. Cir. R. 27(b)(1), Fed. Cir. R. 27(a)(2)

- The Entry of Appearance is incomplete. "Date admitted to Federal Circuit bar" section must be completed. Fed. Cir. R. 15(c)(1) (Form 10); Fed. Cir. R. 24(a) (Form 6); Fed. Cir. R. 24(b) (Form 6A); Fed. Cir. R. 33.1 (Form 26); Fed. Cir. R. 47.3(c)(1)-(2) (Form 8); Fed. Cir. R. 47.4(a)(1)-(5) (Form 9); Fed. Cir. R. 47.7(b)(1) (Form 20).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: J. Liporace, Deputy Clerk