IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

EDWARD THOMAS KENNEDY,
Plaintiff,

v.



Case No. 18-2203

JOSEPH N. HANNA, et al.,
Defendants.

Reply by AFFIDAVIT
Take Judicial Cognizance

1. I am Edward Thomas Kennedy, hereinafter "Kennedy," and I am one of the people of Pennsylvania, in this court of record, I am Plaintiff in this case.

2. I have direct knowledge of the following facts, and am competent to testify to the truth of these facts if I am called as a witness.

3. Through the courts, Kennedy encourages the government to obey the law.

4. This Affidavit replies to ECF documents 7, 8 and 9.

5. In this court of record, modern attorneys MacMain and Backenstoe have no Jurisdiction or authority to testify in this case, and Kennedy hereby Objects.

6. Kennedy Objects to ECF document 9, page 1, for modern Attorney MacMain has no authority of jurisdiction to file proposed Orders in a court of record, and this is (probable) fraud on the court and obstruction of justice.

7. Defendants exceeded their jurisdiction, and because the defendants exceeded their jurisdiction, Kennedy am injured in loss of rights, and by law is entitled to damages.

8. The country is a republic, and is not a judicial dictatorship.

9. Like Brett Kavanaugh,[1] Kennedy likes beer and still likes beer, and hereby Notices the court of Kavanaugh's testimony concerning military tribunals for traitors.

10. I, Edward Thomas Kennedy, declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed in Breinigsville, Pennsylvania on October 16, 2018.

Date: October 16, 2018.

/s/ *Edward Thomas Kennedy*

SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
pillar.of.peace.2017@protonmail.com
Telephone: 415-275-1244
Fax: 570-609-1810.

---

[1] Brett Michael Kavanaugh is an American lawyer who serves as an Associate Justice of the Supreme Court of the United States. He previously served as a United States Circuit Judge of the United States Court of Appeals for the District of Columbia Circuit and as a staff lawyer for various offices of the U.S. government.

## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 16h day of October 2018, the above Reply by AFFIDAVIT Take Judicial Cognizance was filed with the Clerk of this Court at 717 Madison Pl NW, Washington, DC 20005 by US regular mail, postage prepaid, and the following modern Attorney parties were served via email and fax as indicated as follows:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101
Fax: 1-610-871-2796

David J. MacMain
433 W. market Street, Suite 200
West Chester, PA 19382
Email: dmacmain@macmainlaw.com

Date: October 16, 2018

Respectfully submitted,
/s/ Edward Thomas Kennedy (seal)

EDWARD THOMAS KENNEDY

Edward Thomas Kennedy.
401 Tillage Rd.
Breinigsville PA 18031

HARRISBURG
PA 171
15 OCT '18
PM 4 L

neopost
10/16/2018
US POSTAGE
FIRST CLASS MAIL
$00.47⁰

ZIP 19530
041L11245010

clerk of court
US court of Appeals Federal Circuit
717 Madison Pl NW
Washington DC 20005


RECEIVED
OCT 19 2018
OFFICE OF THE CLERK
US COURT OF FEDERAL CLAIMS

20005-770199