IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

EDWARD THOMAS KENNEDY,
Plaintiff-Appellant,

v.

Docket No. 18-2203

JOSEPH N. HANNA, et al.,
Defendants.

RECEIVED
NOV 05 2018
... Court of Appeals
For The Federal Circuit

REPLY

TAKE JUDICIAL COGNIZANCE of the following:

I, Edward Thomas Kennedy, am one of the people of Pennsylvania, in this court of record hereby Replies on this court of record to Defendant's Motion to Dismiss, ECF Document 9, filed 10/09/2018, and wishes modern attorneys to comply with the rule of law and the law of the case, and also wishes that modern attorneys herein do not to trespass on the case.

Date: October 30, 2018

Respectfully submitted,

/s/ Edward Thomas Kennedy (seal)

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, PA 18031
kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

Certificate of Service

I, Edward Thomas Kennedy, hereby certify that on the 30th day of October, 2018, I served the foregoing Reply on Clerk of Court, United States Court of Appeal for the Federal Circuit, 717 Madison Place, N.W., Washington, D.C. 20439 by regular US mail and to the following modern attorneys as stated:

> David M. Backenstoe
> 17 South 7th Street (address source: his paperwork)
> Allentown, PA 18101
> Email: dmbesq@ptd.com
>
> David J. MacMain
> The MacMain Law Group LLC
> 101 Lindenwood Drive Suite 160
> Malvern, PA 19355
> Email: dmacmain@macmainlaw.com

/s/Edward Thomas Kennedy
(seal)

_____
EDWARD THOMAS KENNEDY

Date: October 30, 2018

FT TL/L 7
401 T:/inst Rd.
Breinigsville, PA

RECEIVED
2018 NOV -5 AM 9:20
US COURT OF APPEALS
FEDERAL CIRCUIT

Clerk of Court
US Court of Appeal
for Federal Circuit
717 Madison Pl NE
Washington DC 20439

US POSTAGE
$00.47
ZIP 19530
041L112245010